IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERICA MCCALLIE                                                              PLAINTIFF

v.                              No. 4:19-cv-503-DPM

TRANSPLACE STUTTGART, LP;
TRANSPLACE TEXAS, LP;
TRANSPLACE FREIGHT SERVICES, LLC;
TRANSPLACE INTERNATIONAL, INC.;
FRANK MCGUIGAN; and
JAMES "JAY" MOSS, JR.                                                    DEFENDANTS

ORDER

The Court notes the joint motion to dismiss based on the proposed settlement, № 13. Two loose ends. While the parties' preference for confidentiality is understandable, the Court's practice in FLSA cases is for the agreement to be on the public docket. *Delock v. Securitas Security Services USA, Inc.*, No. 70 in E.D. Ark. № 4:11-cv-520-DPM (16 August 2012). If this is a deal breaker, the parties should so advise the Court. Second, McCallie's lawyers must confirm that the proposed fees were negotiated separately from the merits settlement. *Barbee v. Big River Steel, LLC*, F.3d 1024, 1027 n.1 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). Joint report due by 17 September 2019.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2019