IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERICA MCCALLIE                                              PLAINTIFF

v.                      No. 4:19-cv-503-DPM

TRANSPLACE STUTTGART, LP;
TRANSPLACE TEXAS, LP;
TRANSPLACE FREIGHT SERVICES, LLC;
TRANSPLACE INTERNATIONAL, INC.;
FRANK MCGUIGAN; and
JAMES "JAY" MOSS, JR.                                      DEFENDANTS

## JUDGMENT

The case is dismissed with prejudice. The Court retains jurisdiction until 31 January 2020 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

8 October 2019